# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148162

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

VERLENA SEXTON-WALKER,
      Plaintiff-Appellant,

v

                                  SC: 148162
                                  COA: 315412
                                  MCAC: 12-000082

DETROIT BOARD OF EDUCATION,
      Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the September 23, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



t0616

                                Clerk